**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1134

MICHAEL EUGENE PITTS; ARTHUR EUGENE PITTS, JR., a/k/a Sean
Michael Pitts; DEBRA LYNN PITTS-RYLES; STEPHANIE PITTS-EVANS

Plaintiffs - Appellants

v.

RICHARD GLASSER, Esq. et al; BETH VAUGHN, Esq.; HORTENSIA
PITTS; RANDOLPH CARLSON, II, Esq.

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Mark S. Davis, District
Judge. (2:11-cv-00337-MSD-DEM)

Submitted: April 26, 2012          Decided: April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Eugene Pitts; Arthur Eugene Pitts, Jr.; Debra Lynn
Pitts-Ryles; Stephanie Pitts-Evans, Appellants Pro Se. James
Arthur Cales, III, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk,
Virginia; Jerome David Crain, Jr., WILLCOX & SAVAGE, PC,
Norfolk, Virginia; Farnaz Farkish, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Pitts, Arthur Eugene Pitts, Jr., Debra Lynn Pitts-Ryles, and Stephanie Pitts-Evans appeal the district court's order granting the Defendants' motion to dismiss their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pitts v. Glasser, No. 2:11-cv-00337-MSD-DEM (E.D. Va. Dec. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED